IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CLAUDIA F. SNYDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-cv-04097-MDH ) |
| ANDREW M. SAUL,<br>Commissioner of Social Security | ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Voluntarily Dismiss Complaint Without Prejudice. (Doc. 20). Plaintiff states that a thorough review of the record led to a determination that it is not in Plaintiff's best interest to pursue her claim. Defendant has no objection to this Motion. Therefore, the above-captioned case in **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: May 13, 2021  /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**